JP:MLY

**M-08-1157**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

HASHEEM MOSES-LOGAN,

        Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT
(T. 18 U.S.C. §§ 924(c)
and 2113(d))

EASTERN DISTRICT OF NEW YORK, SS:

      ROBERT KISSANE, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      Upon information and belief, on or about December 30, 2008, within the Eastern District of New York, the defendant HASHEEM MOSES-LOGAN did knowingly, intentionally take by force, violence and intimidation, from the person and presence of another, money belonging to and in the care, custody, control, management and possession of a bank or other financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation, and, in so doing, put in danger the life of a person by the use of a dangerous weapon.

      (Title 18, United State Code, Section 2113(d))

2

Upon information and belief, on or about December 30, 2008, within the Eastern District of New York, the defendant HASHEEM MOSES-LOGAN did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit, a violation of 18 U.S.C. § 2113(d).

(Title 18, United State Code, Section 924(c))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been a Special Agent of the Federal Bureau of Investigation for approximately five years and assigned to Joint Bank Robbery Task Force ("JBRTF") for more than four years. I am familiar with the facts contained in this affidavit as a result of my participation in the investigation of the bank robbery discussed in this affidavit, which includes, but is not limited to, my review of bank robbery surveillance photographs, interviews with witnesses, and conversations with other law enforcement personnel assisting with the investigation.

2. On or about December 30, 2008, a branch of JP Morgan Chase located at 205-19 Hillside Ave, Queens, New York, was robbed by a man, as further detailed below, identified as the

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included details of every aspect of this investigation.

3

defendant HASHEEM MOSES-LOGAN, armed with a handgun, of approximately $6500 in United States currency.

3. Specifically, the defendant HASHEEM MOSES-LOGAN entered the bank at approximately 11:25 a.m., approached a bank employee in the customer service area, and demanded access to the vault while brandishing a 9mm handgun. The bank employee then took the defendant to the teller door and another bank employee used keys to open the door. The defendant obtained money from several tellers behind the door, put money into a bag, and then exited the bank.

4. The defendant HASHEEM MOSES-LOGAN then entered the driver's seat of a car - a tan Dodge Durango - which was parked one block away from the bank.

5. New York City Police Department Officers stopped the defendant in the tan Dodge Durango approximately six blocks East of the bank, in the vicinity of 212 Street and Hillside Avenue. The officers observed the defendant, who was alone in the car and sitting in the driver's seat, attempting to get his hands on a bag on the passenger side of the front. The officers then prevented the defendant from reaching the bag and ordered him out of the car. The bag was stained with dye and gave off a smell like something burning. On inspection, officers observed that the bag contained a 9mm handgun, an exploded dye pack, and

4

U.S. currency. A hat and jacket used in the robbery were also in the front seat of the car.

6. After the defendant HASHEEM MOSES-LOGAN was arrested and advised of his legal rights, I and another law enforcement officer, an NYPD detective, interviewed the defendant. In this post arrest interview the defendant admitted to robbing the Chase branch on December 30, 2008, and to robbing three other banks as well in the past year.

7. Special agents of the FBI received photographs from JP Morgan Chase's security cameras that were taken during the aforementioned bank robbery on December 30, 2008. The photographs from of the security cameras appear to depict the defendant HASHEEM MOSES-LOGAN.

8. The deposits of JP Morgan Chase are insured by the Federal Deposit Insurance Corporation.

WHEREFORE, your deponent respectfully requests that the defendant HASHEEM MOSES-LOGAN be dealt with according to law.

ROBERT KISSANE
Special Agent
Federal Bureau of Investigation

Sworn to before me this
31st day of December 2008

S/Bloom

TE JUDGE
 YORK