UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 9/14/23     TIME: 10:00am (30mins)

CRIMINAL CAUSE FOR: VOSR Status Conference

DOCKET #: CR09-00050

DEFENDANT: Hasheem Moses-Logan-c     ATTORNEY: Michelle A. Gelernt F/D

DEFENDANT:     ATTORNEY:

DEFENDANT:     ATTORNEY:

ASSISTANT U.S. ATTORNEY: Margaret Larkin

COURT REPORTER: Jamie Stanton

INTERPRETER:

PROBATION OFFICER: James Bloomfield

PRETRIAL OFFICERS:     DEPUTY: T. Campbell

Conference held.
The VOSR will held in abeyance until the resolution of 23cr336.